United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40349
Conference Calendar

_____

KEITH O. COBB,

Petitioner-Appellant,

versus

MARVIN MORRISON, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:02-CV-835
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Keith O. Cobb, a federal prisoner (# 60806-080), appeals the
district court's dismissal of his petition for a writ of habeas
corpus, filed pursuant to 28 U.S.C. § 2241. In 1995, the
district court for the Western District of Texas imposed upon
Cobb concurrent prison terms of 400 months and 60 months for his
jury-trial convictions of conspiracy to possess cocaine with
intent to distribute and conspiracy to launder money.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The district court did not err in dismissing the petition. Cobb's claim that his sentence is unconstitutional under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), does not satisfy the test for filing a 28 U.S.C. § 2241 petition under 28 U.S.C. § 2255's "savings clause." <u>See</u> <u>Wesson v. U.S. Penitentiary, Beaumont, TX</u>, 305 F.3d 343, 347-48 (5th Cir. 2002), <u>cert.</u> <u>denied</u>, 123 S. Ct. 1374 (2003); <u>Reyes-Requena v. United States</u>, 243 F.3d 893, 904 (5th Cir. 2001).

Cobb's appeal is without arguable merit and is thus frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

APPEAL DISMISSED.